# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

GLOBAL WILDLIFE FOUNDATION
AND GLOBAL RESOURCES, LLC

NO. 2023 CW 0197

VERSUS

SHAWN W. ROGERS, LOUIS M.
BUTLER, ROGERS LAW FIRM,
LLC, AND AU RUSH, LLC

**MAY 25, 2023**

---

In Re: Global Wildlife Foundation and Global Resources, LLC, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 201914097.

---

**BEFORE: GUIDRY, C.J., WOLFE AND MILLER, JJ.**

**WRIT NOT CONSIDERED.** This writ application failed to include a copy of a contemplated written and signed judgment in violation of Uniform Rules of Louisiana Courts of Appeal, Rule 4-5(C)(6).

Supplementation of this writ application and/or an application for rehearing will not be considered. Rules 2-18.7 & 4-9 of the Uniform Rules of Louisiana Courts of Appeal.

In the event relators seek to file a new application with this court, it must contain all pertinent documentation, including the missing item noted above and documentation to show that the original writ application was timely, and must comply with Uniform Rules of Louisiana Courts of Appeal, Rule 2-12.2. Any new application must be filed on or before June 22, 2023 and must contain a copy of this ruling.

JMG
SMM

Wolfe, J., dissents.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT